# EXTENDED WARRANTY CUSTOMER PROTECTION PLAN



CARRIER CORPORATION
TR18S
O. BOX 4808
Syracuse, NY 13221

OCTOBER 10, 2008

26

CARRIER COMMERCIAL SERVICE
DIVISION OF COMMERCIAL CORPORATION
3902 HANNA CIRCLE, SUITE C
INDIANAPOLIS IN 46241

| | |
|---|---|
| Registration # | 0804400038 |
| Contract Codes | BU5 |
| Model Number | 30XA-3256N-02S73 |
| Serial Number | 5006Q90942 |
| Start up Date | 03/30/2007 |
| Extended Warranty Start Date | 03/30/2008 |
| End Date | 03/30/2012 |

**RE OWNER:** CBRE, 251 N. ILLINOIS STREET, INDIANAPOLIS IN 46202

Below indicates the applicable coverage for the Extended Warranty portion of Carrier's Warranty Plan (i.e., after expiration of the initial standard warranty).

| Contract Code | Start Date | End Date | Contract Terms | Coverage |
|---|---|---|---|---|
| BU5 | 03/30/2008 | 03/30/2012 | FOR YEAR(S): 2nd THROUGH 5th YEAR. EQUIPMENT: COMPLETE UNIT. | Labor and Parts: Carrier will provide the straight time labor and parts to repair or replace any part or materials determined by Carrier to be defective. |

_____ (quantity) Verification Inspection(s) per year to be performed by Carrier to verify that preventative maintenance is being performed in accordance with Carrier's operating and maintenance instructions.

*The foregoing is for information purposes only and is not intended to vary or supplement the obligations of the parties which are stated in the contract of sale for the equipment. For complete warranty coverage and conditions, see the applicable terms and conditions covering the sale by Carrier of the above referenced equipment.*

**Procedures:**
The extended Warranty is based on the condition that good preventative maintenance practices are followed in accordance with Carrier's operating and maintenance manual for each unit.
The Extended Warranty is further based on the condition that Carrier is allowed to perform at least one jobsite verification inspection per year and is allowed to review the owner's maintenance logs, service reports, and preventative maintenance records for the equipment under Extended Warranty.
The equipment owner should notify Carrier Commercial Service as soon as possible of equipment problems or of any warranty claim.

**Exclusions:**
Any damage beyond Carrier's control or due to: unauthorized alterations, improper or lack of preventative maintenance.
Damage due to any outside services such as: steam, voltage, water or air conditions.
Equipment fluids such as: lithium bromide, oil, refrigerant.
Failure caused by: abuse, accident, corrosion, erosion, freezing weather, improper operation, malicious acts, misuse or vandalism.
Items not mechanically maintainable such as: cabinets, fixtures, grillage, piping, supports or tubes.
Moving of stock, fixtures, walls or partitions needed to perform any warranty or limited maintenance work.
Tube cleaning or water box head removal.

**Maintenance Options:**
An "X" below indicates the party is responsible to perform the necessary preventative maintenance during the Extended Warranty period. (N/A means Not Applicable)

Performed by:
Carrier or Owner

Second Year Annual Limited Maintenance: _____ _____

Third Year Annual Limited Maintenance: _____ _____

Fourth Year Annual Limited Maintenance: _____ _____

Fifth Year Annual Maintenance Overhaul: _____ _____

**Carrier**
A United Technologies Company

Exhibit B